UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
PNC EQUIPMENT FINANCE, LLC,

               Plaintiff,

  - against -

MONTAUK TRANSPORT SERVICE, INC. *et al*.,

               Defendants.
----------------------------------------------------------------x

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**
18-CV-5883 (RRM) (ARL)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

      In a report and recommendation dated December 16, 2019, (the "R&R"), Magistrate Judge Arlene R. Lindsay recommended that the Court enter a default judgment in favor of plaintiff PNC Equipment Finance, LLC ("PNC"), in the amount of (a) $3,804,778.01 in principal and interest on outstanding notes; (b) $1,156.67 per day from April 15, 2018, until the date of judgment in additional interest; and (c) $2,174.50 in attorneys' fees and costs.  (Doc. No. 18.) Magistrate Judge Lindsay ordered PNC to serve a copy of the R&R on defendants and file proof of service with Court.  (*Id.* at 11.)  Magistrate Judge Lindsay advised the parties that they had 14 days from the date of service of the R&R in which to file objections.  (*Id.*)  On December 19, 2019, PNC filed proof of service.  (Affirmation of Service (Doc. No. 19).)  To date, neither party has filed an objection to the R&R.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety.  *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).  Accordingly, it is

      ORDERED that the R&R is adopted in its entirety and the Clerk of Court is respectfully directed to enter judgment in favor of plaintiff and against defendants:

      (1) $3,804,778.01 in principal and interest on outstanding notes;

(2) $1,156.67 per day from April 15, 2018, until the date of judgment in additional interest;

(3) $2,174.50 in attorneys' fees and costs.

The Clerk of Court is further directed to mail a copy of the judgment and this Order to defendants, to note that mailing on the docket, and to close this case.

                                          SO ORDERED.

Dated: Brooklyn, New York
       May 7, 2020

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge